# Court of Appeals
# of the State of Georgia

ATLANTA, April 02, 2026

*The Court of Appeals hereby passes the following order:*

## A26A1551. TOMMY MARTIN v. GEORGIA DEPARTMENT OF HUMAN SERVICES et al.

In this proceeding in which Tommy Martin sought to set aside a child support enforcement order, Martin directly appeals from the trial court's order denying his "Motion to Confirm Perfected Service and to Reinstate Case." We lack jurisdiction. "Appeals from judgments or orders in divorce, alimony, and other domestic relations cases" must be initiated by filing an application for discretionary review. OCGA § 5-6-35(a)(2), (b). Because this case involves the collection of child support, it is a domestic relations case within the meaning of OCGA § 5-6-35(a)(2). See *Booker v. Ga. Dept. of Human Res.*, 317 Ga. App. 426, 427 (731 SE2d 110) (2012). Compliance with the discretionary appeals procedure is jurisdictional. *Smoak v. Dept. of Human Res.*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Thus, Martin's failure to comply with such procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 04/02/2026

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*